UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                    Case No. 19-CR-151

FRANCISCO MARTINEZ,

      Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of defendant Francisco Martinez to Count One of the Superseding Indictment filed on September 10, 2019, defendant Francisco Martinez agrees to the forfeiture of the property items listed in the forfeiture notice of the Superseding Indictment filed on September 10, 2019.

IT IS HEREBY ORDERED that all right, title, and interest in the approximately $7,548.00 in U.S. currency seized from S.M. on June 20, 2019, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the above-listed item shall be seized by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 23rd day of February, 2021.

<u>William C. Griesbach</u>
WILLIAM C. GRIESBACH
United States District Judge